IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE 4100 WEST GRAND LLC, | ) | |
| Debtor, Debtor-in-Possession | ) | 11-B-42873 |
| | ) | Chapter 11 |
| | ) | Judge Cox |

ORDER GRANTING FINAL COMPENSATION AND COSTS

THIS CAUSE coming to be heard on the 20th Day of November, 2012, upon the FINAL Application of Richard L. Hirsh and Richard L. Hirsh, P.C. for Compensation and Reimbursement of Expenses for services rendered from July 12, 2012, to October 29, 2012, (the "Application"); due and proper notice of the Application having been given:

IT IS HEREBY ORDERED THAT:

A.   The Application is granted.
B.   Richard L. Hirsh and Richard L. Hirsh, P.C.'s request for FINAL compensation is allowed in the amount of $ 7920.50;
C.   Richard L. Hirsh and Richard L. Hirsh, P.C.'s request for reimbursement of expenses is allowed in the amount of $1145.84;
D.   Debtor is authorized and directed to pay Richard L. Hirsh and Richard L. Hirsh, P.C. the First Award in the total amount of $ 7920.50 for fees and $ 1145.84 for expenses
E.  All of the foregoing is in addition to fees and reimbursed expenses allowed on or about August 23, 2012.

Dated: _____

ENTERED:

_____

Richard L. Hirsh
Richard L. Hirsh, P.C.
1500 Eisenhower Lane, #800
Lisle, IL 60532
630 434-2600
Atty. #1225936